IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN GREENBERG | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-4796 |
| CAESARS ENTERTAINMENT | : | |
| CORP., ET AL. | : | |

**O R D E R**

**AND NOW**, this 2nd day of February, 2015, upon consideration of the Commonwealth Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 14), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that Defendants' Motion is **GRANTED** in part, and **DENIED** in part, as follows:

A.  Defendants' Motion is **GRANTED** with respect to the substantive due process claim in Count I, the FCEUA claim in Count III, and the conspiracy/aiding and abetting/concert of action claim in Count IV.  These claims are dismissed.

B.  Defendants' Motion is **DENIED** with respect to the false arrest claim in Count V.

IT IS SO ORDERED.

BY THE COURT:


R. Barclay Surrick
**R. BARCLAY SURRICK, J.**