IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN GREENBERG : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 14-4796 |
| CAESARS ENTERTAINMENT : | |
| CORP., ET AL. : | |

## O R D E R

**AND NOW**, this  5th  day of  May , 2015, upon consideration of Plaintiff Alan Greenberg's Motion for Partial Reconsideration (ECF No. 25), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**