IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN GREENBERG | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 14-4796 |
| CAESARS ENTERTAINMENT | : | |
| CORP., ET AL. | : | |

**O R D E R**

**AND NOW**, this __21st__ day of _____March_____, 2016, upon consideration of the

Commonwealth Defendants' Motion for Summary Judgment (ECF No. 42), and the Motion for

Summary Judgment by Defendant Chester Downs and Marina, LLC d/b/a Harrah's Philadelphia

(ECF No. 43), and all documents and exhibits submitted in support thereof, and in opposition

thereto, it is **ORDERED** as follows:

A.     The Commonwealth Defendants' Motion for Summary Judgment (ECF No. 42) is

**GRANTED**.  Judgment is hereby entered against Plaintiff Alan Greenberg and in

favor of Defendants Michael Gaines and William Shores.

B.     The Motion for Summary Judgment by Defendant Chester Downs and Marina,

LLC d/b/a Harrah's Philadelphia (ECF No. 43) is **GRANTED**.  Judgment is

hereby entered against Plaintiff Alan Greenberg, and in favor of Defendant

Chester Downs and Marina, LLC d/b/a Harrah's Philadelphia.

C.      The Clerk of the Court is directed to mark this matter closed.


**IT IS SO ORDERED**.

**BY THE COURT:**

_____

**R. BARCLAY SURRICK, J.**
